JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BRENT ROHAN, | ) Case No. 8:24-cv-00608-DTB |
| | ) |
| Plaintiff, | ) **[PROPOSED]** |
| | ) **JUDGMENT** |
| vs. | ) |
| | ) **NOTE CHANGES MADE BY THE** |
| MARTIN O'MALLEY, | ) **COURT** |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: _____ July 17, 2024

_____
HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE